```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 10603
    ROBERT WILLIAMS JR
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

           Debtor
    SSN XXX-XX-5011


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 04/29/2008 and was not confirmed.

      The case was dismissed without confirmation 06/23/2008.
--------------------------------------------------------------------------------
CREDITOR NAME            CLASS             CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
EMC MORTGAGE CORPORATION CURRENT MORTG           .00          .00           .00
EMC MORTGAGE CORPORATION MORTGAGE ARRE       9922.66          .00           .00
HSBC AUTO FINANCE        SECURED VEHIC       5080.82          .00           .00
HSBC AUTO FINANCE        UNSECURED         NOT FILED          .00           .00
POPULAR MORTGAGE SERVICI CURRENT MORTG           .00          .00           .00
POPULAR MORTGAGE SERVICI MORTGAGE ARRE      53934.54          .00           .00
FELICIA DEAN             NOTICE ONLY       NOT FILED          .00           .00
IL STATE DISBURSEMENT UN DSO ARREARS       NOT FILED          .00           .00
IL STATE DISBURSEMENT UN DSO ARREARS       NOT FILED          .00           .00
SHANTELL HURST           NOTICE ONLY       NOT FILED          .00           .00
ACME CONTINENTAL C U     UNSECURED         NOT FILED          .00           .00
AMEX                     UNSECURED         NOT FILED          .00           .00
AMEX                     UNSECURED         NOT FILED          .00           .00
AMEX                     UNSECURED         NOT FILED          .00           .00
AMEX                     UNSECURED         NOT FILED          .00           .00
BANK OF AMERICA          UNSECURED         NOT FILED          .00           .00
ROUNDUP FUNDING LLC      UNSECURED           7785.32          .00           .00
ECAST SETTLEMENT CORP    UNSECURED           4429.96          .00           .00
ECAST SETTLEMENT CORP    UNSECURED           5192.66          .00           .00
CREDIT MANAGEMENT INC    UNSECURED         NOT FILED          .00           .00
DEPENDON COLLECTION      UNSECURED         NOT FILED          .00           .00
DISCOVER FINANCIAL SERVI UNSECURED           5254.60          .00           .00
HOME COMING FUNDING NE   UNSECURED         NOT FILED          .00           .00
MELLON BANK              UNSECURED         NOT FILED          .00           .00
NICOR GAS                UNSECURED         NOT FILED          .00           .00
NOVUS                    UNSECURED         NOT FILED          .00           .00
OLYMPIA SERVICING LP     UNSECURED         NOT FILED          .00           .00
PEOPLES GAS LIGHT & COKE UNSECURED         NOT FILED          .00           .00
CBUSA SEARS              UNSECURED         NOT FILED          .00           .00
SELECT PORTFOLIO SERVICI UNSECURED         NOT FILED          .00           .00
UNION ACCEPTANCE         UNSECURED         NOT FILED          .00           .00
WELLS FARGO HOME MORTGAG UNSECURED         NOT FILED          .00           .00
702 COLLECTION           NOTICE ONLY       NOT FILED          .00           .00
SHEILA WATTS             SECURED           52582.37          .00           .00
EMC MORTGAGE CORPORATION NOTICE ONLY       NOT FILED          .00           .00

                    PAGE   1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 10603 ROBERT WILLIAMS JR
```

```
GLENDA J GRAY            DEBTOR ATTY            .00                          .00
TOM VAUGHN               TRUSTEE                                             .00
DEBTOR REFUND            REFUND                                              .00

      Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                        .00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                                 .00
DEBTOR REFUND                                        .00
                          ---------------    ---------------
TOTALS                         .00                   .00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 09/24/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE